IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TONI ASENDIO** * | |
| 4446 Kentford Road | |
| **Owings Mills, MD 21117** * | |
| Plaintiff, | Civil Action No.: |
| v. * | |
| **BJ'S WHOLESALE CLUB, INC.** * | |
| 25 Research Drive | |
| **Westborough, MA 01581** * | |
| Defendant. * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

COMES NOW, Petitioner/Defendant, BJ's Wholesale Club, Inc. by and through its undersigned attorneys, pursuant to 28 U.S.C. § 1441 *et. seq.*, files this Notice of Removal of this action from the Circuit Court for Baltimore County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1.      Petitioner/Defendant, BJ's Wholesale Club, Inc., has been named as a Defendant in a suit filed in the Circuit Court for Baltimore County, Case No.: C-03-CV-20-001635. Suit was originally filed on or about April 12, 2020.  On June 10, 2022, BJ's Wholesale Club, Inc. obtained notice of the instant litigation via service of process from CT Corporation.

2.      BJ's Wholesale Club, Inc. is a corporation organized and existing under the laws of the state of Massachusetts, with its principal place of business located in Westborough, Massachusetts.

33750163.v2

3.	Plaintiff, Toni Asendio is a resident of the state of Maryland.

4.	The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1441.

5.	Filed herewith as **Exhibits 1 and 2** are copies of all pleadings and papers received by Petitioner/Defendant, BJ's Wholesale Club, Inc. consisting of: (1) Writ of Summons for BJ's Wholesale Club, Inc.; (2) Plaintiff's Complaint. **Exhibit 3** is BJ's Wholesale Club, Inc.'s Answer to the Complaint filed in the state court.

6.	Petitioner is entitled to removal because there exists complete diversity between Plaintiff, Toni Asendio, and Petitioner/Defendant, BJ's Wholesale Club, Inc. Additionally, the amount in controversy also exceeds $75,000.00 because Plaintiff's Complaint seeks judgment against Petitioner/Defendant, BJ's Wholesale Club, Inc., for "Compensatory damages for each count in the amount of $250,000.00; pre and post judgment interest; plus costs of litigation, including reasonable attorney fees and expert witness fees."

WHEREFORE, Petitioner/Defendant, BJ's Wholesale Club, Inc. respectfully requests that the above-entitled action be removed from the Circuit Court for Baltimore County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

_____
G. Calvin Awkward, III, Esq.
Bar No.: 18652
Goldberg Segalla, LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202
Ph: (443) 615-7513

33750163.v2

Fx: (443) 615-7599
cawkward@goldbergsegalla.com
*Attorneys for Petitioner/Defendant, BJ's Wholesale Club, Inc.,*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>6th</u> day of July, 2022 a copy of the foregoing Notice of Removal was sent via ECF or first class mail, postage pre-paid, to:

Sahmra A. Stevenson, Esq.,
S.A. Stevenson Law Offices, LLC
9520 Berger Road, Suite 212
Columbia, MD 21046
*Attorney for Plaintiff, Toni Asendio*

_____
G. Calvin Awkward, III

33750163.v2