| | | |
|---|---|---|
| **TONI ASENDIO** | * | IN THE |
| 4446 Kentford Road | | |
| Owings Mills, MD 21117 | * | CIRCUIT COURT |
| **Plaintiff,** | * | FOR |
| v. | * | BALTIMORE COUNTY |
| **BJ's WHOLESALE CLUB, INC.** | * | CASE #: C-03-CV-20-001635 |
| c/o The Corporation Trust, Inc. | | |
| Resident Agent | * | |
| 2405 York Road, Ste. 201 | | |
| Timonium, MD 21093 | * | |
| **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

Now come Plaintiff, Toni Asendio by and through her attorney, Sahmra A. Stevenson and TMBG Law, LLC, and brings suit against Defendant, BJ's Wholesale Club, Inc., (hereinafter "Defendant" or "Encompass") according to the common law of Maryland and states the following in support thereof:

### JURISDICTION & VENUE

1. That Rebeca ("Plaintiffs") is a resident of Baltimore, Maryland.

2. Defendant currently conducts business in the State of Maryland.

3. This Court has personal jurisdiction in this matter pursuant to Maryland Code, Courts & Judicial Proceedings, § 6-103, because the cause of action arose in Maryland.

4. This Court has a subject matter jurisdiction in this matter pursuant to Maryland Code, Courts & Judicial Proceedings, § 4-401(1), because the amount in the controversy is over thirty-thousand dollars ($30,000.00).

5. Venue lies with the Circuit Court of Maryland for Baltimore County pursuant to Maryland Code, Courts & Judicial Proceedings, § 6-201(a), because the Defendant resides, carries

**EXHIBIT 2**

on a regular business, is employed, or habitually engages in a vocation in Baltimore City, Maryland; and Maryland Code, Courts & Judicial Proceedings, § 6-202(8) because this action is a tort action based on negligence that arose in Baltimore, Maryland.

## STATEMENT OF FACTS

The Plaintiff incorporates by reference herein all of the above paragraphs as if they were fully stated herein.

6. On April 14, 2017 Plaintiff attempted to enter the Defendant's store in Owings Mills, MD located at 55 Music Fair Road, Owings Mills, MD 21117.

7. Upon entering the store Ms. Asendio tripped on what was later identified as damaged concrete impeding the entry to the store.

8. Subsequently, the manager of Defendant's store and another employee provided aid and Ms. Asendio was transported to Sinai Hospital.

9. After a medical evaluation it was determined that has a result of the unnecessary fall Ms. Asendio fractured her wrist and broke the crowns on three of her front teeth. As a result, Ms. Asendio required surgery.

10. After the surgery Ms. Asendio received significant physical therapy.. .

## COUNT I:  NEGLIGENCE

Plaintiff incorporates herein each and every fact as stated above and says further:

11. Defendant negligently maintained the entry way of its store.

12. Defendants had a duty of care to maintain a safe and secure environment and breached this duty of care by failing to do so.

13. Defendant's negligence proximately caused Plaintiff to suffer serious injuries to her body and limbs, and to suffer great mental anguish. All such injuries were caused solely by the negligence of the Defendant without any negligence to Plaintiff.

## JURY DEMAND

Plaintiff incorporates herein each and every fact as stated above and says further:

14. Plaintiffs demand a trial by jury.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant Plaintiff's the following relief:

1. Compensatory damages for each count in the amount of $250,000.00;

2. Pre and post-judgment interest;

3. The costs of litigation, including reasonable attorney's fees and expert witness fees;

4. Such other and further relief as may be just and proper.

Respectfully submitted,

*Sahmra Stevenson, Esq.*
Sahmra A. Stevenson, Esq.
*Counsel for Plaintiff*
S.A. STEVENSON LAW OFFICES, LLC
9520 Berger Road (Suite 212)
Columbia, MD 21046
Phone: 301.795.2728
Facsimile: 301.576.3638
s.stevenson@saslawoffices.com
Attorney ID: 1106150249